# United States District Court

## *Southern District of Georgia*

Martini Golf Tees, Inc.
_____
Plaintiff

v.

Golf Gifts & Gallery, Inc.
_____
Defendant

Case No. _____4:23cv14_____

Appearing on behalf of
_____Defendant_____
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22nd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: William J. Lenz

Business Address: Neal, Gerber & Eisenberg
Firm/Business Name

Two North LaSalle Street
Street Address

| Suite 1700 | Chicago | IL | 60602 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

312-269-8000                              6257555
Telephone Number (w/ area code)     Illinois Bar Number

Email Address: wlenz@nge.com